UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO


In Re:                                          Chapter 13
                                                Case No. 03-07686-GAC
    WANDA SANTIAGO MIRABAL                       Judge:GERARDO A. CARLO
    MARINA BAHIA                                 SSN #1 XXX-XX-2163
    MF23 PLAZA 34
    CATANO, PR 00962-0096


TRUSTEE'S FINAL REPORT AND ACCOUNT


    Case Filed on:           Plan Confirmed on:        Case Closed on:
    July 17, 2003            December 10, 2004         August, 13, 2008


THE SUBJECT CASE HAS BEEN PLAN COMPLETED
        Your trustee has maintained a detailed record of all receipts, including the source or
other identification of each receipt and of all disbursements. Copies of these detailed
records have been filed with the Court or are attached hereto, and are incorporated by
reference in this report.

| CREDITOR NAME | CLASS | CLAIM AMT. | PRIN PAID | INT PAID | BAL DUE |
|---|---|---|---|---|---|
| COMMENTS | | | | | |
| ASSOCIATES FINANCE-BANKRUPT | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| CITIFINANCIAL | UNSECURED | $6,276.93 | $1,343.55 | $0.00 | $4,933.38 |
| COOP A/C CETRO GUBERNAMENTA | UNSECURED | $24,544.04 | $4,991.43 | $0.00 | $19,552.61 |
| COOP CENTRO GUB MINILLAS | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| DEPARTMENT OF TREASURY | UNSECURED | $549.60 | $0.00 | $0.00 | $549.60 |
| DEPARTMENT OF TREASURY | PRIORITY | $4,513.42 | $4,513.42 | $0.00 | $0.00 |
| DEPARTMENT OF TREASURY | UNSECURED | $5,310.75 | $1,136.73 | $0.00 | $4,174.02 |
| ISLAND FINANCE PUERTO RICO | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| RG MORTGAGE | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |
| WESTERN AUTO | NOTICE ONLY | $0.00 | $0.00 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID

|  | SECURED | PRIORITY | GENERAL | TOTAL |
|---|---|---|---|---|
| Amount Allowed | $0.00 | $4,513.42 | $36,681.32 | $41,194.74 |
| Principal Paid | $0.00 | $4,513.42 | $7,471.71 | $11,985.13 |
| Interest Paid | $0.00 | $0.00 | $0.00 | $0.00 |

Total Paid to Creditors(Principal and Interest) :                $11,985.13

Debtor Refunds :                                                      $0.00

ATTORNEY FEES

Attorney for the case : JOSE M CASANOVA EDELMANN*
Total Fees Allowed :                                             $1,400.00
Total Paid Outside the plan :                                      $100.00
Total Paid in the Plan :                                         $1,400.00

COSTS OF ADMINISTRATION

Trustee was paid :                                               $1,222.87
The Clerk of the Court was paid :                                    $0.00

Plan Base :                                                     $14,608.00
Debtor Refund :                                                      $0.00
Adjusted Total Paid In :                                        $14,608.00

Total Receipts:                                                 $14,608.00
Total Disbursements:                                            $14,608.00

I, the Chapter 13 Trustee, hereby CERTIFY that the estate has been fully administered.

WHEREFORE, the movant prays that an order be entered discharging Chapter 13 Trustee of his duties under this case and that he and his Surety Company be released of any possible liability arising during the administration of this case. The Chapter 13 Trustee also prays that an order closing the case be entered.

NOTICE to the debtor, creditors and parties in interest are hereby advised that pursuant to FRBP 5009 if within THIRTY (30) days no objection is filed by the United States Trustee or a party in interest, there shall be a presumption that the estate has been fully administered, and the Court may approve the Trustee's Final Report and Account and close the case without further notice.

DATED: September 10, 2008                    /s/ José R. Carrión
                                             JOSE R. CARRION, TRUSTEE

CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was
mailed by first class mail to the parties listed below:

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | CELESTINO MATTA<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| JOSE M CASANOVA EDELMANN*<br>EXT ROOSEVELT<br>555 ALVERIO ST<br>HATO REY, PR  00918 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | WANDA SANTIAGO MIRABAL<br>MARINA BAHIA<br>MF23 PLAZA 34<br>CATANO, PR  00962 |
| ASSOCIATES FINANCE-BANKRUPTCY<br>PO BOX 1616<br>BAYAMON, PR 00960-1616 | CITIFINANCIAL<br>INVESTMENT RECOVERY<br>PO BOX 913<br>OWINGSMILLS, MD  21117 |
| CITIFINANCIAL<br>1111 NORTHPOINT DR BDLG 4<br>COPPELL, TX  75019-3831 | COOP A/C CETRO GUBERNAMENTAL<br>MINILLAS, BANKERS COLLECTORS<br>PO BOX 6147<br>CAGUAS, PR  00726-6147 |
| COOP CENTRO GUB MINILLAS<br>PO BOX 41239<br>SAN JUAN, PR  00940 | DEPARTMENT OF TREASURY<br>PRIORITY CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 |
| DEPARTMENT OF TREASURY<br>UNSECURED CLAIMS<br>PO BOX 9024140<br>SAN JUAN, PR  00902-4140 | ISLAND FINANCE PUERTO RICO A DIV OF WELLS FARGO<br>4143 121 ST<br>URBANDALE, IA  50323 |
| RG MORTGAGE<br>LIC LUIS DAVILA<br>PO BOX 361508<br>SAN JUAN, PR  00936 | WESTERN AUTO<br>PO BOX 9146<br>SAN JUAN, PR  00908-0146 |

DATED:  September 10, 2008                    OLGA SOSA
                                              _____
                                              OFFICE OF THE CHAPTER 13 TRUSTEE